**Stuart D. Kirchick, Esq.**
**State Bar No.: 144145**
**LAW OFFICES OF STUART D. KIRCHICK**
**2131 The Alameda, Suite C-1**
**San Jose, California 95126**
**Ph: 408/291-0123  Facsimile: 408/291-0418**

**Attorney for:** Defendant, Leonard Tabone

IN THE UNITED STATES DISTRICT COURT

~~IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA~~
FOR THE NORTHERN DISTRICT OF CALIFORNIA
~~IN AND FOR THE COUNTY OF SANTA CLARA~~

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 06-00540 MJJ |
| Plaintiff(s), | ~~STIPULATION AND~~ ORDER TO CONTINUE DATE FOR CHANGE OF PLEA AND SENTENCING |
| v. | |
| LEONARD TABONE, | |
| Defendant(s). | |

IT IS HEREBY STIPULATED by and between the parties hereto and counsel herein that the currently scheduled court date for disposition and sentencing set for September 8, 2006, be continued to October 20, 2006, at 2:30 p.m. in the U.S. District Court in Oakland, California.

**SO STIPULATED:**

Dated: 8/21/06

                                              /S/
                              STUART D. KIRCHICK, ESQ.
                              Attorney for Defendant, Leonard Tabone

1 | Dated: 8/21/06

/S/
MAUREEN BESSETTE
Attorney for United States of America

**SO ORDERED:**

Dated: ___8/22/06___

_____
U.S. DISTRICT COURT, MARTIN J. JENKINS

2